1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE J. GUMP,<br><br>              Plaintiff,<br><br>        v.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL<br>SECURITY ADMINISTRATION,<br><br>              Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. CV 11-1903 JCG<br><br>**JUDGMENT** |

        IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.


Dated:  January 3, 2012

_____
            Hon. Jay C. Gandhi
      United States Magistrate Judge